UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JORMAN JOSE SILVA SANCHEZ, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:25-cv-02137-JRS-TAB |
| RUSSELL HOTT Chicago Field Office Director for Detention and Removal Operations, Immigration & Customs Enforcement, et al., | ) ) ) ) ) |
| Respondents. | ) ) |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 30, 2025, and issued final judgment that same day. Dkts. 21, 22. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel